

BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-09-538 EJG |
| ) | |
| Plaintiff, ) | MOTION AND [PROPOSED] ORDER TO |
| ) | DISMISS INDICTMENT |
| v. ) | |
| ) | |
| RENE MEDINA-ZAMUDIO, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against RENE MEDINA-ZAMUDIO without prejudice in the interest of justice. I have spoken with defense counsel in this case, Doug Beevers, and he stated that she has no objection to this motion.

DATED: February 24, 2010                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Michael D. Anderson
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney

1

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant RENE MEDINA-ZAMUDIO without prejudice in the interest of justice.

DATED: 2/24/10

HON. EDWARD J. GARCIA
United States District Judge

2